Ravert J. Clark
Reg. No.042027
for the Petitioner

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JOSE DOMINQUEZ** | Case No. C-1-00-938 |
| Petitioner, | Senior Judge Weber |
| -vs- | Magistrate Black |
| **HAROLD CARTER, WARDEN** | **MOTION TO SUBMIT ADDITIONAL AUTHORITY** |
| Defendant. | |

Now comes the Petitioner, Jose Dominquez, by and through counsel and hereby submits the following additional authority for the Court's consideration in the above captioned matter.

1. *Dietz v. Money*, 391 F.3d. 804 (6th Cir. 2004)
2. *Crawford v. Washington,* 541 U.S. 36, 124 S.Ct. 1354, U.S.Wash.,2004.


   /s/ Ravert Clark_____
Ravert J. Clark
Reg. No. 042027
for the Petitioner
114 E. 8th Street
Suite 400
Cincinnati, Ohio  45202
513-587-2887

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing pleading was served to the office of the Assistant Attorney General, by electronic filing, this 8th day of April, 2005.

  /s/ Ravert Clark_____
Ravert J. Clark