**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

JOSE DOMINGUEZ
    Plaintiff,

-vs-                                                    Case No.  C-1-00-938

HAROLD CARTER
    Defendant,

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**      This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation of the Magistrate (doc. 11) is ADOPTED as modified and supplemented herein.  Plaintiff's objections (doc. 16) are OVERRULED.  Petitioner's petition for writ of habeas corpus (doc. 1) is DENIED WITH PREJUDICE and this matter is DISMISSED and TERMINATED on the docket of this Court.  The Court further DIRECTS that a certificate of appealability shall not issue an appeal of this Court's Order would not be taken in good faith.

Date:  August 10, 2006                                                  JAMES BONINI, CLERK

                                                                By:s/   Paul Hennessey
                                                            Paul Hennessey, Deputy Clerk