# United States District Court
## Southern District of Ohio
### Western Division

JOSE DOMINGUEZ                          :

          Petitioner-Appellant          :     **CASE NO**. C-1-00-938

v.                                      :     **NOTICE OF APPEAL**

HAROLD CARTER                           :

          Defendant-Appellee            :


Notice is hereby given that Jose Dominguez, appeals to the United States Court of Appeals for the Sixth Circuit from an order denying Petitioner's writ of habeas corpus entered in this action on the 10th day of August, 2006.

Petitioner, by and through counsel, requests permission to appeal the order in forma pauperis. Petitioner has been sent Form 4, Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. Due to Petitioner's incarceration since January 28, 1998, he cannot prepay the docket fees of his appeal or post a bond for them. This notice is being filed absent the affidavit because Petitioner has not yet returned the affidavit. Counsel will file the affidavit as soon as it is returned by Petitioner.

Respectfully submitted,

*S/ Ravert J. Clark*
Ravert J. Clark
Reg. No. 042027
for the Petitioner
114 E. 8th Street
Suite 400
Cincinnati, Ohio  45202
513-587-2887

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing Notice of Appeal was this 11th day of August, 2006, electronically on all counsel of record in this case by the ECMS.

_S/ Ravert J. Clark_
Ravert J. Clark